No. D–682. IN RE DISBARMENT OF BRISCOE. Disbarment entered. [For earlier order herein, see 485 U. S. 953.]

No. D–688. IN RE DISBARMENT OF MAGEDMAN. Disbarment entered. [For earlier order herein, see 485 U. S. 974.]

No. D–695. IN RE DISBARMENT OF BALTIMORE. Disbarment entered. [For earlier order herein, see 485 U. S. 985.]

No. D–713. IN RE DISBARMENT OF FOOTE. It is ordered that Harry Lanier Beach Foote, of Jackson, Miss., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 87–6431. SCHMUCK v. UNITED STATES. C. A. 7th Cir. [Certiorari granted, ante, p. 1004.] Motion for appointment of counsel granted, and it is ordered that Peter L. Steinberg, Esq., of Madison, Wis., be appointed to serve as counsel for petitioner in this case.

No. 87–6704. WRENN v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until June 27, 1988, within which to pay the docketing fee required by Rule 45(a) and to submit a petition for writ of certiorari in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in Brown v. Herald Co., 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed in forma pauperis.

No. 87–6772. IN RE ALEXANDER. C. A. 8th Cir. Petition for writ of common-law certiorari denied. 

No. 87–6790. IN RE MARTIN. Petition for writ of mandamus and/or prohibition denied.

No. 87–636. KARAHALIOS v. NATIONAL FEDERATION OF FEDERAL EMPLOYEES, LOCAL 1263. C. A. 9th Cir. Certiorari granted.